No. 358A16                                                    TENTH DISTRICT

SUPREME COURT OF NORTH CAROLINA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE SOUTHEASTERN EYE CENTER – PENDING MATTERS | ) ) ) ) ) ) ) |

Wake County

IN RE SOUTHEASTERN EYE CENTER – JUDGMENTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Appellants have failed to demonstrate grounds for appellate review under N.C.G.S. 7A-27(a)(3) (2017).  The appeals in this matter are therefore dismissed.

By order of the Court in Conference, this the 1st day of March, 2018.

s/Morgan, J.

For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 1st day of March, 2018.

s/Amy L. Funderburk

AMY L. FUNDERBURK

Clerk of the Supreme Court